IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:22-cr-00069-MR-WCM-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **(2) TINA JANE HILL,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant Tina Jane Hill's Motion to Suppress [Doc. 98].

On December 18, 2023, the Defendant Tina Jane Hill (hereinafter "Defendant Hill"), filed a Motion to Suppress seeking the suppression of all evidence obtained from an Anticipatory Search Warrant executed on February 26, 2021. [Doc. 98].[1] On January 17, 2024, the Government filed its Response, therein conceding to Defendant Hill's Motion. [Doc. 109]. Specifically, the Government states that the evidence obtained during the search at issue will not be used in its case-in-chief, but that the Government

---

[1] On January 12, 2024, Defendant Hill filed a second Motion to Suppress concerning evidence obtained from a Search Warrant executed on October 16, 2020. [Doc. 108]. Defendant Hill's second Motion to Suppress remains pending at this time.

reserves the right to use such evidence in a manner not inconsistent with the exclusionary rule. [Id.]. As such, the Government requests that Defendant Hill's Motion to Suppress be dismissed as moot. [Id.]. On January 23, 2024, Defendant Hill filed her Reply, stating that she does not object to the Government's request to dismiss the motion as moot. [Doc. 111]. Accordingly, Defendant Hill's Motion to Suppress [Doc. 98] is unnecessary and therefore denied as moot.

**IT IS, THEREFORE, ORDERED** that the Defendant Tina Jane Hill's Motion to Suppress [Doc. 98] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: January 24, 2024

Martin Reidinger
Chief United States District Judge