IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case Number: **1:22-cr-00069-MR-WCM**

| | |
|---|---|
| United States of America ) | |
| ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Tina Jane Hill and Keith Ryan Noles, ) | |
| ) | |
| Defendants ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; including maintaining them in a manner and format facilitating efficient distribution in the event of a request for access to trial exhibits from the media or other member of the public; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 4th day of March, 2024.

Martin Reidinger
Chief United States District Judge